IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In Re: | Julio Campos<br>Maria Campos<br><br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Case No.: 12 B 09663<br>Judge: Schmetterer<br>Chapter 13 |
| | Julio Campos<br>Maria Campos<br><br>Plaintiff,<br><br>-vs-<br><br>First American Bank<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Number |

### FINDINGS OF FACT AND CONCLUSIONS OF LAWS

Pursuant to a Default Order and because the allegations in the Complaint have been taken as confessed against First American Bank, the findings of fact and conclusions of law are made and will be entered:

1. Plaintiffs are individuals residing at 244 George St, Franklin Park IL 60131

2. First American Bank is a lender and/or servicer of mortgages.

3. Plaintiffs filed for relief under chapter 13 of the United States Bankruptcy Code on March 3, 2012 in the Northern District of Illinois, case number 12-09663

4. The adversary proceeding arises under Sections 502 and 506 of the United States Code.

5. This Honorable Court has jurisdiction pursuant to § 157 and § 1334 of Title 28, United States Code.

6. Plaintiffs are the owners of the real estate located at: 3244 George St, Franklin Park IL 60131

7. Venue is proper pursuant to § 1409 of Title 28, United States Code

8. This Honorable Court has not yet confirmed Debtors' Chapter 13 plan.

9. First American Bank has a lien in the amount of approximately $32,957.00.

10. Debtors' real estate located at: 3244 George St, Franklin Park IL 60131, is valued at approximately $129,475 and Debtor owes approximately $330,552.00 in mortgage liens and assessments on the Property.

11. Debtors claimed an exemption for $30,000.00 on the property. Therefore, the debt of First in the amount of approximately $32,957.00 entirely impairs Debtors' exemption and the full amount of the lien should be avoided. See, Holloway v. U.S., 2001., 2001 WL 1249053 (N.D.Ill. Oct. 16, 2001); In re Walters, 276 B.R. 879 (N.D. Ill. 2002).

Signed: _____
Jack Schmetterer

NOV 0 6 2012
11/6/12

David Gallagher
Macey Bankruptcy Law, P.C
Attorney for Debtor/Plaintiff
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
(312) 467-0004